UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

**FILED**
OCT 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
JOSE GUADALUPE LOPEZ NUNEZ,
aka JOSE GUADALUPE NUNEZ LOPEZ
date of birth

2:17-MJ-190 EFB

CRIMINAL COMPLAINT

CASE NUMBER

Approved AUSA MB 10/24/17

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 16, 2017, in the Eastern District of California defendant(s) did,

➢ move or travel in interstate or foreign commerce with intent to avoid prosecution

in violation of Title 18, United States Code, Section 1073. I further state that I am a(n) Special Agent, FBI, and that this complaint is based on the following facts:

➢ See Attached Affidavit

X   Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant Alexander T. Schmidt
Special Agent, FBI

Sworn to before me, and subscribed in my presence:

October 24, 2017                              at   Sacramento, California
Date                                                City and State

Edmund F. Brennan
U.S. Magistrate Judge                         _____
Name and Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT

I, Alexander T. Schmidt, state that I am a sworn Special Agent of the Federal Bureau of Investigation (FBI) and have been since March 2017.

   1. I am presently assigned to the Sacramento Office of the FBI. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

   2. My investigative responsibilities include Violent Crimes and Fugitives. As part of these duties, I assist both local and state law enforcement agencies with the apprehension of fugitives who take flight to the jurisdictions of other states or to other countries.

   3. This affidavit is in support of a criminal complaint and arrest warrant charging JOSE GUADALUPE LOPEZ NUNEZ aka JOSE GUADALUPE NUNEZ LOPEZ, DOB            , with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. This affidavit does not purport to set forth all my knowledge or all investigation information in this matter.

   4. I am aware that the Sacramento Sheriff Department (SSD) requested the assistance of the FBI in locating and apprehending JOSE GUADALUPE LOPEZ NUNEZ. The Sacramento County District Attorney's Office will extradite JOSE GUADALUPE LOPEZ NUNEZ from anywhere in the world.

   5. On October 16, 2017, the Sacramento Superior Court issued a No Bail felony arrest warrant for JOSE GUADALUPE LOPEZ NUNEZ for violation of California Penal Code (PC) 187(A) - Murder. Based on witness statements and other on scene evidence, there is probable cause that JOSE GUADALUPE LOPEZ NUNEZ participated in the intentional killing of his girlfriend and then disposed of her body in the Sacramento River. The body of victim was recovered on 09/04/2017.

   6. To date, state and local law enforcement, despite a thorough and aggressive search, were unsuccessful in apprehending JOSE GUADALUPE LOPEZ NUNEZ. Law enforcement authorities have advised the FBI that witness and investigative leads in the immediate area have failed to result in NUNEZ' apprehension.

7. JOSE GUADALUPE LOPEZ NUNEZ has family in Mexico. After the murder, law enforcement recovered the victim's vehicle abandoned near the San Ysidro pedestrian Mexico border crossing. A witness informed law enforcement that he/she heard that JOSE GUADALUPE LOPEZ NUNEZ fled to Mexico after he killed his girlfriend in Sacramento, CA.

8. Based on the investigation to date and your affiant's investigative experience, it appears JOSE GUADALUPE LOPEZ NUNEZ has fled the State of California to avoid arrest and prosecution. This purposeful flight places JOSE GUADALUPE LOPEZ NUNEZ in violation of Title 18, Section 1073 - Unlawful Flight to Avoid Prosecution.

Alexander T. Schmidt
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, this 24th day of October, 2017.

Judge Edmund Brennan
U.S. Magistrate Judge

Approved

Michelle Rodriguez
Assistant U.S. Attorney

Affidavit                                                                 2